UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| L. RUTHER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-517 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| UNITED STATES OF AMERICA and | ) | |
| JOHN KUHN, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed this lawsuit for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 7, 2017                                /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge